# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Construction Workers Pension Trust Fund −− Lake County and Vicinity, et al.

           Plaintiff,

v.

Case No.: 1:13−cv−02111

Honorable Sara L. Ellis

Navistar International Corporation, et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 1, 2015:

    MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 12/1/2015. Parties report that settlement is reached in principle subject to confirmatory discovery which is ongoing. Status hearing set for 2/2/2016 at 9:30 AM to report on settlement. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.