UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION WORKERS PENSION TRUST FUND – LAKE COUNTY AND VICINITY, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br>  vs.<br><br>NAVISTAR INTERNATIONAL CORPORATION, DANIEL C. USTIAN, ANDREW J. CEDEROTH, and JACK ALLEN,<br><br>                Defendants. | Civ. No. 1:13-cv-2111<br><br>CLASS ACTION |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE OVERSIZED MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION
<u>FOR PRELIMINARY APPROVAL OF SETTLEMENT *INSTANTER*</u>**

Lead Plaintiff, by its counsel, moves this Court for leave to file a 22 page memorandum, *instanter*, in support of its Unopposed Motion for Preliminary Approval of Settlement. Lead Plaintiff is requesting the seven extra pages in order to more fully set forth its arguments supporting its request for preliminary approval of the Settlement. Defendants do not object to this Motion. A copy of Lead Plaintiff's proposed brief is attached hereto as Exhibit A.

WHEREFORE, for the foregoing reasons, Lead Plaintiff respectfully requests that the Court grant its Unopposed Motion for Leave to File Oversized Memorandum in Support of Unopposed Motion for Preliminary Approval of Settlement *Instanter*.

Dated: May 13, 2016 Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

/s/ Carol V. Gilden
Carol V. Gilden
190 South LaSalle St., Suite 1705
Chicago, IL 60603
Tel.: (312) 357-0370
Fax: (312) 357-0369
cgilden@cohenmilstein.com
Illinois Bar No. 06185530

Steven J. Toll
S. Douglas Bunch
Genevieve O. Fontan
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699

*Lead Counsel for the Court-Appointed Lead Plaintiff and the Class*