# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION WORKERS PENSION TRUST FUND – LAKE COUNTY AND VICINITY, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br>  vs.<br><br>NAVISTAR INTERNATIONAL CORPORATION, DANIEL C. USTIAN, ANDREW J. CEDEROTH, and JACK ALLEN,<br><br>           Defendants. | Civ. No. 1:13-cv-2111<br><br>CLASS ACTION |

## LEAD PLAINTIFF'S UNOPPOSED MOTION
## FOR PRELIMINARY APPROVAL OF SETTLEMENT

Central States, Southeast and Southwest Areas Pension Fund respectfully moves this Court before the Honorable Sara L. Ellis for an order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure (i) preliminarily approving the proposed Settlement; (ii) certifying the Class for the purposes of settlement; (iii) approving the form and manner of notice to Class Members; and (iv) scheduling a final approval hearing on the Settlement and dismissal of the Action with prejudice upon the terms and conditions set forth in the Settlement, and on Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

This motion is supported by the accompanying memorandum of law, the Stipulation and Agreement of Settlement dated May 4, 2016 with exhibits attached thereto, the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

| | |
|---|---|
| Dated: May 13, 2016 | Respectfully submitted,<br><br>**COHEN MILSTEIN SELLERS**<br>**  & TOLL PLLC**<br><br>       /s/ Carol V. Gilden          <br>Carol V. Gilden<br>190 South LaSalle St., Suite 1705<br>Chicago, IL 60603<br>Tel.: (312) 357-0370<br>Fax: (312) 357-0369<br>cgilden@cohenmilstein.com<br>Illinois Bar No. 06185530<br><br>Steven J. Toll<br>S. Douglas Bunch<br>Genevieve O. Fontan<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, DC 20005<br>Tel.: (202) 408-4600<br>Fax: (202) 408-4699<br><br>*Lead Counsel for the Court-Appointed*<br>*Lead Plaintiff and the Class* |