**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CONSTRUCTION WORKERS PENSION TRUST FUND – LAKE COUNTY AND VICINITY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NAVISTAR INTERNATIONAL CORPORATION, DANIEL C. USTIAN, ANDREW J. CEDEROTH, and JACK ALLEN,<br><br>Defendants. | Civ. No. 1:13-cv-2111<br><br>CLASS ACTION |

**LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**OVERSIZED MEMORANDUM OF LAW IN SUPPORT OF LEAD PLAINTIFF'S**
**MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT AND**
**APPROVAL OF THE PLAN OF ALLOCATION *INSTANTER***

Lead Plaintiff, by its counsel, moves this Court for leave to file a 23-page memorandum, *instanter*, in support of its Motion for Final Approval of the Proposed Settlement and Approval of the Plan of Allocation. Lead Plaintiff is requesting the eight extra pages in order to more fully set forth its arguments supporting its request for final approval of the Settlement and Plan of Allocation, including final certification of the Class for settlement purposes. A copy of Lead Plaintiff's proposed brief is attached hereto as Exhibit 1.

WHEREFORE, for the foregoing reasons, Lead Plaintiff respectfully requests that the Court grant its Motion for Leave to File Oversized Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of the Proposed Settlement and Approval of the Plan of Allocation *Instanter*.

Dated:  September 23, 2016

Respectfully submitted,

**COHEN MILSTEIN SELLERS
& TOLL PLLC**

_____/s/ Carol V. Gilden_____
Carol V. Gilden
190 South LaSalle St., Suite 1705
Chicago, IL 60603
Tel.: (312) 357-0370
Fax: (312) 357-0369
cgilden@cohenmilstein.com
Illinois Bar No. 06185530

Steven J. Toll
S. Douglas Bunch
Genevieve O. Fontan
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699

***Lead Counsel for the Court-Appointed
Lead Plaintiff and the Class***