Exhibit 2

**MICHAEL L. HARTZMARK, PH.D.**
4950 S. Chicago Beach Drive, Suite 6A
Chicago, IL 60615
(312) 718-9699
mhartzmark@HELP-Econ.com

**PRESENT POSITION**

    HARTZMARK ECONOMICS LITIGATION PRACTICE, LLC
        <u>President</u> (2013 - present)
        Specializing in the application of economic, financial and accounting principles to securities, complex commercial, investment, intellectual property, antitrust and automotive litigation and regulatory matters
    CRA INTERNATIONAL, INC.
        <u>Independent Contractor</u> (2015 - present)
    OFFICE OF THE ATTORNEY GENERAL – STATE OF NEW YORK
        <u>Independent Contractor</u> (2015 - present)

**EDUCATION**

| | |
|---|---|
| Ph.D. | Department of Economics, the University of Chicago, 1984, (Doctoral Exams in Industrial Organization and Regulation; Public Finance) |
| M.A. | Department of Economics, the University of Chicago, 1982 |
| B.A. | The University of Michigan (Economics, High Honors and Phi Beta Kappa), 1978 |

**ACADEMIC HONORS AND FELLOWSHIPS**

*John M. Olin Faculty Fellowship*, (George Stigler, Director) (1986 - 1987)
*PEW Teaching Fellow*, the University of Chicago (1980 - 1981)
*Phi Beta Kappa,* the University of Michigan (1978)
*Parker Prize,* in Labor Economics, University of Michigan (1978) -- Given for the best graduate or undergraduate paper in Labor Economics

**GRANTS**

Grant from the University of Chicago (1984). Center for the Study of Futures Prices: grant to analyze margin regulation for the Chicago Board of Trade Studies.

**PROFESSIONAL EXPERIENCE**

NAVIGANT ECONOMICS (FORMERLY CHICAGO PARTNERS, LLC)
    Academic Affiliate (2012 - 2013)
    Principal/Director (2008 - 2012)
    Vice President (2004 - 2007)
FINRA (fka NATIONAL ASSOCIATION OF SECURITY DEALERS) Dispute Resolution
    Member Arbitrator (2005 - Present)
DARMA, LLC
    President (2005 - 2008)
PACIFIC BIOMETRICS, INC.
    Interim Chief Financial Officer (2004 - 2006)
CRAGAR INDUSTRIES, INC.
    Chairman, CEO, President and Treasurer (1993 - 2004)
MDA FINANCIAL, INC.
    President (1981 - present)
FAHNESTOCK & Co., Inc. (now Oppenheimer & Co., Inc.)
    Financial Consultant (Series 7 and Series 63) (2001 - 2003)
ECONOHIO CORPORATION
    President (1989 - 1992)
LEXECON INC.
    Senior Economist (1987 - 1989)
UNIVERSITY OF CHICAGO, Center for the Study of the Economy and the State, and the Graduate School of Business (now the Chicago Booth School of Business)
    John M. Olin Visiting Scholar (1986 - 1987)
UNIVERSITY OF MICHIGAN, Joint with Michigan Business School (now the Stephen M. Ross School of Business) and Department of Economics
    Assistant Professor (1984 - 1988)
    Lecturer (1984)
COMMODITY FUTURES TRADING COMMISSION, Division of Economics and Education, Washington, D.C.
    Financial Economist (1982 -1983)
UNIVERSITY OF CHICAGO, Department of Economics
    Instructor for Economic Analysis (1981)
    Research Assistant for A. C. Harberger (1982)
    Research Assistant for Sam Peltzman (1981 - 1982)
U. S. DEPARTMENT OF THE TREASURY, Office of Tax Analysis, Washington, D.C.
    Research Assistant (1981)

**PUBLICATIONS**

"Understanding the Efficiency of the Market for Preferred Stock," (with H. Nejat Seyhun), Virginia Law & Business Review, Volume 8, Number 2, Spring 2014.

"An Economist's View of Amgen," Law360, May 2, 2013.
http://www.law360.com/articles/438303/an-economist-s-view-of-amgen.

"The Curious Incident of the Dog that Didn't Bark and Establishing Cause-and-Effect in Class Action Securities Litigation," (with H. Nejat Seyhun), Virginia Law & Business Review, Volume 6, Number 3, 2012.

"Fraud on the Market: Analysis of the Efficiency of the Corporate Bond Market," (with Cindy A. Schipani and H. Nejat Seyhun), Columbia Business Law Review, Number 3, Volume 2011.

"Luck Versus Forecast Ability: Determinants of Trader Performance in Futures Markets," Journal of Business, January 1991. Also reprinted in Classic Futures: Lessons from the Past for the Electronic Age, by Lester Telser, Risk Books, March 2000.

"Business Valuations for the Personal Lawyer," Law and Fact, September 1991.

"Is Risk Aversion a Theoretical Diversion?" The Review of Futures Markets, Volume 7, Number 1, 1988.

"Returns to Individual Traders of Futures: Aggregate Results," Journal of Political Economy, December 1987.

"Regulating Futures Margin Requirements," Review of Research on Futures Markets, Volume 5, Number 3, 1986.

"The Effects of Changing Margin Levels on Futures Market Activity, the Composition of Traders in the Market, and Price Performance," Journal of Business, April 1986.

"Individual Income Taxation, 1947-1979," (with Eugene Steuerle), National Tax Journal, June 1981.

**BOARDS**

POWHATAN BUILDING CORPORATION, Director, Treasurer, (2010 - present)

MIDTOWN EDUCATIONAL FOUNDATION, Auxiliary Board Member, (2009 - 2013)

GLOBAL ENTERTAINMENT CORPORATION (Formerly AMEX: GEE, currently not listed); Director, Audit Committee Member (2004 - 2008);

THE BOARD INSTITUTE (private software company), Financial Advisory Board (2004 - 2006)

SHAKER INVESTMENTS, Financial Advisory Board (1992 - 2005)

PACIFIC BIOMETRICS, INC. (OTC BB: PBMC currently not listed and renamed as Pacific Biomarkers), Director and Chairman of Audit Committee (2002 - 2004)

CRAGAR INDUSTRIES, INC. (Formerly OTC BB: CRGR, company sold); Director and Chairman of the Board (1993 - 2004)

**EXPERT REPORTS, DECLARATIONS AND DISCLOSURES PAST FOUR YEARS**

Ronald Bayer v. Panduit Corporation, Garbe Iron Works, Inc., Tylk Gustafson Reckers Wilson Andrews LLC
    Circuit Court of Cook County, Illinois; Report (1/9/2012); Deposition 5/29/2012 and 7/31/2012); did not testify at trial, per parties' stipulation to admit my damage calculations (11/9/2012).

In Re Dynex Securities Litigation U.S. District Court for the Southern District of New
    York; Declaration (2/8/2012).

In Re Federal Home Loan Mortgage Corp. (Freddie Mac) Securities Litigation
    U.S. District Court for the Southern District of New York; Declaration (8/6/2012).

Maine State Retirement System v. Countrywide Financial, et al.
    U.S. District Court for the Central District of California; Report (9/24/2012).

J. T. Waite and Wendy Pace v. The Dun & Bradstreet Corporation.
    U.S. District Court for the Northern District of Illinois Eastern Division; Report (12/5/2012).

Kathleen Hager as Special Administratrix of the Estate of Kenneth Hager, Deceased v.
    Ortho-McNeil-Janssen Pharmaceuticals, Inc. and Alza Corporation. Circuit Court of Cook County; Deposition (12/17/2013).

Policeman's Annuity and Benefit Fund of the City of Chicago, et al v. Bank of America and U.S. Bank National
    Association. U.S. District Court for the Southern District of New York; Report (1/17/2014); Deposition (3/11/2014); Rebuttal Report (4/17/2014); Deposition (4/29/2014).

William D. Wallace, et al. v. IntraLinks Holdings, Inc., et al.
    U.S. District Court for the Southern District of New York; Report (2/18/2014); Rebuttal Report (7/18/2014).

New Jersey Carpenters Health Fund, et al v. Residential Capital, LLC.
    U.S. District Court for the Southern District of New York; Report (3/17/2014); Deposition (4/24/2014); Declaration (6/18/2015).

New Jersey Carpenters Health Fund, et al v. DLJ Mortgage Capital, Inc., Credit Suisse Management, et al. U.S.
    District Court for the Southern District of New York; Report (6/13/2014); Deposition (11/11/2014); Declaration (6/29/2015; Second Declaration (7/29/2015).

Oklahoma Police Pension & Retirement System v. U.S. Bank National Association.
    U.S. District Court for the Southern District of New York; Report (8/1/2014).

Northstar Lottery Group, LLC and Illinois Department of the Lottery.
    Third-Party Dispute Resolution; Report (8/13/2014).

In Re MF Global Holdings Limited Securities Litigation.
    U.S. District Court for the Southern District of New York; Report (9/15/2014); Damages Report (8/21/2015); Reply Report (9/21/2015); Deposition (11/23/2015).

New Jersey Carpenters Vacation Fund, et al. v. The Royal Bank of Scotland Group, plc.
    U.S. District Court for the Southern District of New York; Declaration (9/29/2014).

In Re ITT Educational Services, Inc. Securities Litigation.
    U.S. District Court for the Southern District of New York; Report (3/27/2015); Deposition (5/29/2015).

Darren and Kim Kasparian v. Draper and Kramer, Inc. Wheaton Center LLC., Wiss, Janney, Elstner Associates, Inc.
    and Thyssenkrupp Safeway, Inc. Circuit Court of Cook County; Report (4/3/2015); Deposition (7/21/2015).

Louisiana Firefighters' Retirement System, et al. v. Northern Trust Investments, N.A., and Northern Trust Company.
    U.S. District Court for the Northern District of Illinois; Report (6/8/2015); Deposition (7/14/2015); Rebuttal Report (12/7/2015).

New Jersey Carpenters Health Fund, et al v. Novastar Mortgage, Inc., et al.
    U.S. District Court for the Southern District of New York; Report (6/13/2015); Deposition (9/11/2015); Rebuttal Report (12/2/2015).

In Re DFC Global Corp. Securities Litigation.
    U.S. District Court for the Eastern District of Pennsylvania; Report (10/2/2015); Deposition (12/14/2015).

David M. Loritz, et al.,v. Exide Technologies, et al.
    U.S. District Court for the Central District of California; Report (10/5/2012); Deposition (10/26/2015); Response Report (11/9/2015); Report (11/30/2015).